# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN J. MASCARENAS,
2. KATHY J. MASCARENAS, and
3. KATRINA Y. ROBERTS,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE
## MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANTS

**Blackburn, J.**

The matter before me is **Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant** [#69] filed May 11, 2010, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant** [#69] filed May 11, 2010, is **GRANTED**;

2. That testimony of witnesses before the grand jury and exhibits presented to the grand jury shall be disclosed to the defendants and their counsel in the course of discovery in this case; and

3. That such materials shall only be used in defending this case; that such materials may be disclosed only to the defendants and their attorneys; that if copies are made, the defendants' attorneys shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

Dated May 11, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge