**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN J. MASCARENAS,
2. KATHY J. MASCARENAS,

    Defendants.

---

**MINUTE ORDER**[1]

---

On June 22, 2011, the court conducted a telephonic setting conference to set two matters for oral argument. After conferring with the parties and with their consent,

**IT IS FURTHER ORDERED** as follows:

1. That on **July 11, 2011**, commencing at 1:30 p.m, the court shall conduct oral argument on the following motions:

- **Defendant Kathy J. Mascarena's** (sic) **Motion For Disclosure of Authority To Disclose and Inspect Tax Return Information, The Identities of Any Persons or Entities Who Have Inspected, or To Whom Her Tax Return Information Has Been Disclosed, For an Evidentiary Hearing, and To Preclude The Further Inspection, Use or Disclosure of Her Tax Return Without a Demonstration of Lawful Authority** [#180] filed under seal May 9, 2011;

- **Defendant Kathy J. Masceranas' Motion For Disclosure of Grand Jury Material, and Motion To Dismiss (Violation of Fifth Amendment)** [#183] filed under seal May 9, 2011; and

2. That the court reserves one (1) hour for this hearing.

Dated: June 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.